UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHAEL MINCIELI,

      Plaintiff,

  v.　　　　　　　　　　　　　　　　　Case No. 2:25-cv-1134-KCD-DNF

IN THE CIRCUIT COURT OF THE
TWENTIETH JUDICIAL CIRCUIT
IN AND FOR LEE COUNTY,
FLORIDA-PROBATE DIVISION,

      Defendant.
_____/

## ORDER

Michael Mincieli has filed an "emergency verified petition for probate intervention" directed to the state court, probate division. (*See* Doc. 1.) Mincieli's state court filing does not properly initiate a civil action in this Court. *See* Fed. R. Civ. P. 3 ("A civil action is commenced by filing a complaint with the Court.").

The Court thus dismisses this case without prejudice. Because the dismissal is without prejudice, Mincieli may pursue a new case by filing a proper complaint—not using this case number—and include the filing fee or motion to proceed *in forma pauperis*.

Accordingly, it is **ORDERED:**

1. This case is **DISMISSED without prejudice.**

2. The Clerk is **DIRECTED** to enter judgment, deny any pending motions as moot, terminate any deadlines, and close this case.

**ENTERED** in Fort Myers, Florida on December 8, 2025.

Kyle C. Dudek
United States District Judge