UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHAEL MINCIELI, PAIGE SUNDANCE MARCHAND MINCIELI,

      Plaintiffs,

v.

JUDGE JOHN C. CARLIN, JUDGE et al.,

      Defendants.

Case No. 2:25-cv-1134-KCD-DNF

## ORDER

Before the Court is Plaintiff's Emergency Amended Complaint. (Doc. 7.) This latest pleading, and any request for relief therein, is **DENIED** because the case has been dismissed. (*See* Doc. 4.) To the extent Plaintiffs wish to pursue the claims raised in the amended complaint, they may file a new, separate action.

**ORDERED** in Fort Myers, Florida on December 15, 2025.

Kyle C. Dudek
United States District Judge